UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KIMBERLY DAVIS, as the personal representative and next of kin of JERRY DUNLAP, deceased, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1 AND 2, and JANE DOES 1 AND 2, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:24-CV-180-KAC-JEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT ORDER**

In a Memorandum and Order filed herewith, the Court dismissed Plaintiff's claims against John Does 1 and 2 and Jane Does 1 and 2 under Federal Rule of Civil Procedure 41(b). Because no claims remain in the action, the Court **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT